1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

LAUTMANN & GLENN LLP
Denise Savoie Lautmann, SBN 124155
Katherine L. Glenn, SBN 269987
150 Willowbrook Drive
Portola Valley, California  94028
Telephone:  (650) 851-7123
Facsimile:  (650) 206-5222
Email: denise@lglawgroup.net

Attorneys for Defendant
American President Lines, Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DAVID FRICKER,

        Plaintiff,

    vs.

AMERICAN PRESIDENT LINES, LTD.,
and DOES 1-100,

        Defendants.

Case No. 3:14-cv-2272 SC

**STIPULATION FOR AN ORDER
REMANDING CASE TO CALIFORNIA
SUPERIOR COURT; ~~PROPOSED~~ ORDER**

On May 16, 2014, American President Lines, Ltd. ("APL") filed a Notice of Removal in this case, pursuant to which this Court removed the case from the California Superior Court, County of Alameda, to Federal Court.  On June 12, 2014, Plaintiff filed a Motion to Remand the Jones Act Complaint to the Alameda Superior Court.  In order to avoid the possibility of the parties being required to litigate this case in two separate courts (the Jones Act cause of action in Alameda Superior Court and the general maritime law claims in Federal Court), and in order to conserve judicial resources in this case, the parties hereto, by and through their respective counsel, do hereby stipulate to an Order remanding all causes of action in this case to the

STIPULATION FOR AN ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT; PROPOSED
ORDER
Case No.3:14-cv-2272 SC

1  California Superior Court, County of Alameda, Case Number RG14720402.  For the foregoing

2  reasons, the parties submit that good cause exists for the immediate remand of this entire action

3  to the State Court.

4

5  Dated: June 26, 2014                      WELTIN, STREB & WELTIN LLP

6

7  By   /s/ Patrick B. Streb
        PATRICK B. STREB
8        Attorneys for Plaintiff David Fricker

9

10

11 Dated: June 26, 2014                      LAUTMANN & GLENN LLP

12

13 By   /s/ Denise Savoie Lautmann
        DENISE SAVOIE LAUTMANN
14        Attorneys for Defendant American President Lines, Ltd.

15        IT IS SO ORDERED.

16 Dated: _____06/30_____, 2014

17

18

19 HON
   United

20

21

22

23

24

25

26

2

STIPULATION FOR AN ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT; PROPOSED
ORDER
Case No. 3:14-cv-2272 SC